# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Angeles Diaz          JOINT DEBTOR:                          CASE NO.: 17-13740-LMI
Last Four Digits of SS# 1653          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 507.45 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 2150 Balance Due $ 1500
                   payable $ 300 /month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment  $_____/month (Months _____ to _____)
                                 Regular Payment  $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
                       Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 156.71/month (Months 1 to 5) and Pay $ 456.71/month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors PNC Bank and will continue to pay said creditors directly outside the chapter 13 plan. Debtor assumes the lease 2016 Cadillac financed by Ameri Credit /GM Financial.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/Robert Sanchez, Esq.
Attorney for Debtor                           Joint Debtor
Date: 4-25-2017                               Date:

LF-31 (rev. 01/08/10)